## Waldbaum, Appellant, *v.* Elizabeth Township Sanitary Authority.

Argued November 13, 1970. *Robert Palkovitz,* with him *David Palkovitz, Jack Palkovitz,* and *Palkovitz and Palkovitz,* for appellant; *John W. Mamula,* with him *Gay B. Banes,* for appellee.

Judgment affirmed.

## Wedner Unemployment Compensation Case.

Argued November 12, 1970. *Irwin B. Wedner,* with him *Mark J. Goldberg,* and *Goldberg & Wedner,* for appellant; *Sydney Reuben,* Assistant Attorney General, with him *Fred Speaker,* Attorney General, for Unemployment Compensation Board of Review, appellee.

Decision affirmed.